# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: WIZOREK, BETTY | § Case No. 06-13827-BWB |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/17/2010 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

 Date Mailed:  08/11/2010  By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                        Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: WIZOREK, BETTY § Case No. 06-13827-BWB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 17,045.82 |
| *and approved disbursements of* | $ 25.03 |
| *leaving a balance on hand of* [1] | $ 17,020.79 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*

                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $ 2,454.44 | $ 100.00 |
| *Attorney for trustee* | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 3,765.00 | $ 33.73 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*    *Claimant*                              *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,497.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 54.7 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                              *Allowed Amt. of Claim*    *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| __1__ | Discover Bank/Discover Financial Services | $ 13,292.87 | $ 7,272.06 |
| __2__ | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA | $ 593.08 | $ 324.45 |
| __4__ | Southeastern Asset Recovery Services | $ 2,776.46 | $ 1,518.90 |
| __5__ | Chase Bank USA, N.A. | $ 2,834.72 | $ 1,550.78 |

Tardily filed claims of general (unsecured) creditors totaling $ 14,747.90 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| __6__ | LVNV Funding LLC its successors and assigns as | $ 2,038.03 | $ 0.00 |
| __7__ | LVNV Funding LLC its successors and assigns as | $ 12,709.87 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dramey                  Page 1 of 1                  Date Rcvd: Aug 12, 2010
Case: 06-13827                Form ID: pdf006               Total Noticed: 24

The following entities were noticed by first class mail on Aug 14, 2010.
db           +BETTY WIZOREK,    1712 BROOKDALE RD,    NAPERVILLE, IL 60563-2167
aty          +Charles A Johnson,    Charles A Johnson P C,    136 Maplewood Drive,    Bolingbrook, IL 60440-1524
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
10982187      AT&T Universal Card,    PO Box 6915,    The Lakes, NV 88901-6915
10982188      Bank of America,    PO BOx 1758,    Newark, NJ 07101-1758
10982189     +Blatt Hasenmiller Leibsker,    125 South Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
10982190     +Boman, Heintz, Boscia & Vician,    8605 Broadway,    Merrillville, Indiana 46410-5598
10982195    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Chase,    PO Box 52195,    Phoenix, AZ   85072-2195)
10982193      Cardmenber Service,    PO Box 15153,    Wilmington, DE 19886-5153
10982194      Chase,   Cardmenber Service,    PO Box 15153,    Wilmington, DE 19886-5153
10982196      Chase,   PO Box 52095,    Phoenix, AZ 85072-2095
11277125      Chase Bank USA, N.A.,    PO BOX 15145,    Wilmington, DE 19850-5145
10982197      Citi Platinum Select Card,    PO Box 6000,    The Lakes, NV 89163-6000
10982198     +Client Services Inc.,    3451 Harry S. Truman Blvd,    St. Charles, MO 63301-9816
10982200      HSBC Card Services,    PO Box 17061,    Baltimore, MD 21297-1061
10982192    ++INFIBANK NA,    1620 DODGE ST SC 3106,    OMAHA NE 68197-0001
              (address filed with court: Cardmember Services,    PO Box 2320,    Omaha, NE   68103-2320)
11275459   +++Southeastern Asset Recovery Services,    5805 State Bridge Road Ste G -292,    Dulth, GA 30097-8220
11232809      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Aug 12, 2010.
10982185     +E-mail/Text: resurgentbknotifications@resurgent.com                            Alegis Group LP,
               9700 Bissonnet,    Suite 2000,    Houston, TX 77036-8016
10982186     +E-mail/PDF: LR@arthuradler.com Aug 13 2010 02:21:37      Arthur B. Adler & Asso.LTD,
               25 East Washington Street,    Suite 500,    Chicago, IL 60602-1703
10982199      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2010 02:25:22       Discover Card,   PO Box 30395,
               Salt Lake City, UT   84130-0395
11096407     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 13 2010 02:25:22
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
12144676      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10982191     ##Capital One,    PO Box 790216,    St. Louis, MO.   63179-0216
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2010**            **Signature:** _Joseph Speetjens_