**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: WIZOREK, BETTY                              § Case No. 06-13827-BWB
                                                   §
                                                   §
                                                   §
Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 *(without deducting any secured claims)* | Assets Exempt:  $63,645.00 |
| Total Distribution to Claimants: $11,543.41 | Claims Discharged Without Payment:  $22,701.62 |
| Total Expenses of Administration:  $5,503.20 | |

　　　3)  Total gross receipts of $    17,046.61    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $17,046.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,378.20 | 5,503.20 | 5,503.20 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 34,838.11 | 34,245.03 | 11,543.41 |
| **TOTAL DISBURSEMENTS** | $0.00 | $41,216.31 | $39,748.23 | $17,046.61 |

    4) This case was originally filed under Chapter 7 on October 26, 2006. The case was pending for 49 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2010        By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PROCEEDS FROM PRE-PETITION SALE OF HOME | 1249-000 | 17,024.00 |
| Interest Income | 1270-000 | 22.61 |
| **TOTAL GROSS RECEIPTS** | | **$17,046.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,454.44 | 2,454.44 | 2,454.44 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 100.00 | 100.00 | 100.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 3,765.00 | 2,890.00 | 2,890.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 33.73 | 33.73 | 33.73 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, | 2300-000 | | N/A | 2.62 | 2.62 | 2.62 |
| INTERNATIONAL SURETIES, | 2300-000 | | N/A | 10.25 | 10.25 | 10.25 |
| INTERNATIONAL SURETIES, | 2300-000 | | N/A | 12.16 | 12.16 | 12.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 6,378.20 | 5,503.20 | 5,503.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 7100-000 | N/A | 13,292.87 | 13,292.87 | 7,870.14 |
| 2 | eCAST Settlement Corporation assignee of HSBC Bank Nevada | 7100-000 | N/A | 593.08 | 593.08 | 351.14 |
| 3 | eCAST Settlement Corporation assignee of HSBC Bank Nevada | 7100-000 | N/A | 593.08 | 0.00 | 0.00 |
| 4 | Southeastern Asset Recovery Services | 7100-000 | N/A | 2,776.46 | 2,776.46 | 1,643.82 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,834.72 | 2,834.72 | 1,678.31 |
| 6 | LVNV Funding LLC its successors and assigns as | 7200-000 | N/A | 2,038.03 | 2,038.03 | 0.00 |
| 7 | LVNV Funding LLC its successors and assigns as | 7200-000 | N/A | 12,709.87 | 12,709.87 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 34,838.11 | 34,245.03 | 11,543.41 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-13827-BWB  
**Case Name:** WIZOREK, BETTY  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 10/26/06 (f)  
**§341(a) Meeting Date:** 12/07/06  

**Period Ending:** 12/07/10  
**Claims Bar Date:** 04/05/07  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | WEST SUBURBAN BANK, ROMEOVILLE | 16,345.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 2,440.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL | 610.00 | 0.00 | | 0.00 | FA |
| 4 | FURS & JEWELRY | 1,050.00 | 0.00 | | 0.00 | FA |
| 5 | IRA | 39,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1996 CAMRY TOYOTA | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | PROCEEDS FROM PRE-PETITION SALE OF HOME (u) | Unknown | Unknown | | 17,024.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 22.61 | FA |
| 8 | Assets   Totals (Excluding unknown values) | **$62,445.00** | **$0.00** | | **$17,046.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

INVESTIGATION OF PRE-PETITION REAL ESTATE TRANSFER; COLLECTING SETTLEMENT FUNDS OVER TIME

**Initial Projected Date Of Final Report (TFR):** December 31, 2007   **Current Projected Date Of Final Report (TFR):** August 10, 2010 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06-13827-BWB  
**Case Name:** WIZOREK, BETTY  

**Taxpayer ID #:** **-***4606  
**Period Ending:** 12/07/10  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****64-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/13/07 | {7} | BETTY WIZOREK | FIRST PAYMENT REGARDING SETTLEMENT OF PROCEEDS OF REAL ESTATE | 1249-000 | 500.00 | | 500.00 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.13 | | 500.13 |
| 09/13/07 | {7} | BETTY WIZOREK | SECOND PAYMENT REGARDING SETTLEMENT FROM PRE PETITION SALE OF HOME | 1249-000 | 500.00 | | 1,000.13 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.35 | | 1,000.48 |
| 10/11/07 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 1,500.48 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.73 | | 1,501.21 |
| 11/28/07 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 2,001.21 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.78 | | 2,001.99 |
| 12/13/07 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 2,501.99 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 1.12 | | 2,503.11 |
| 01/11/08 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 3,003.11 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 1.25 | | 3,004.36 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-13827, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 2.62 | 3,001.74 |
| 02/12/08 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 3,501.74 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.66 | | 3,502.40 |
| 03/11/08 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 4,002.40 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.70 | | 4,003.10 |
| 04/09/08 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 4,503.10 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.60 | | 4,503.70 |
| 05/12/08 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 5,003.70 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.62 | | 5,004.32 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.63 | | 5,004.95 |
| 07/10/08 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 5,504.95 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.67 | | 5,505.62 |
| 08/15/08 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT FOR JULY AND 1/2 OF AUGUST/WILL PAY $750 IN SEPTEMBER | 1249-000 | 750.00 | | 6,255.62 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.68 | | 6,256.30 |
| 09/11/08 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 625.00 | | 6,881.30 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.86 | | 6,882.16 |
| 10/10/08 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 625.00 | | 7,507.16 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.78 | | 7,507.94 |

Subtotals : $7,510.56   $2.62

{} Asset reference(s)   Printed: 12/07/2010 02:52 PM   V.12.54

Exhibit 9

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 06-13827-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | WIZOREK, BETTY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****64-65 - Money Market Account |
| Taxpayer ID #: | **-***4606 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/07/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.61 | | 7,508.55 |
| 12/15/08 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 700.00 | | 8,208.55 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 8,209.08 |
| 01/16/09 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 600.00 | | 8,809.08 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,809.42 |
| 02/04/09 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #06B-13827, Bond#016026455 Voided on 02/05/09 | 2300-000 | | ! 6.98 | 8,802.44 |
| 02/05/09 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #06B-13827, Bond#016026455 Voided: check issued on 02/04/09 | 2300-000 | | ! -6.98 | 8,809.42 |
| 02/05/09 | 1003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #06B-13827, BOND#016026455 | 2300-000 | | 10.25 | 8,799.17 |
| 02/13/09 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 600.00 | | 9,399.17 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 9,399.51 |
| 03/16/09 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 9,899.51 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,899.92 |
| 04/09/09 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 10,399.92 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,400.33 |
| 05/18/09 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 10,900.33 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,900.74 |
| 06/12/09 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 11,400.74 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,401.22 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 11,401.70 |
| 08/14/09 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 600.00 | | 12,001.70 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,002.19 |
| 09/14/09 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 600.00 | | 12,602.19 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,602.69 |
| 10/16/09 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 600.00 | | 13,202.69 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,203.21 |
| 11/13/09 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 13,703.21 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,703.77 |
| 12/15/09 | {7} | BETTY L. WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 600.00 | | 14,303.77 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 14,304.35 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 14,304.91 |

Subtotals :  $6,807.22    $10.25

{} Asset reference(s)        !-Not printed or not transmitted                                    Printed: 12/07/2010 02:52 PM    V.12.54

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-13827-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | WIZOREK, BETTY | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****64-65 - Money Market Account |
| Taxpayer ID #: | **-***4606 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/07/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/10 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 600.00 | | 14,904.91 |
| 02/05/10 | 1004 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #06-13827, BOND#016026455<br>Voided on 02/05/10 | 2300-000 | | 12.16 | 14,892.75 |
| 02/05/10 | 1004 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #06-13827, BOND#016026455<br>Voided: check issued on 02/05/10 | 2300-000 | | -12.16 | 14,904.91 |
| 02/05/10 | 1005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #06-13827, BOND#016026455 | 2300-000 | | 12.16 | 14,892.75 |
| 02/11/10 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 15,392.75 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 15,393.31 |
| 03/12/10 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 15,893.31 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 15,894.01 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.41 | | 15,894.42 |
| 04/20/10 | | Wire out to BNYM account 9200******6465 | Wire out to BNYM account 9200******6465 | 9999-000 | -15,894.42 | | 0.00 |
| | | | ACCOUNT TOTALS | | 25.03 | 25.03 | $0.00 |
| | | | Less: Bank Transfers | | -15,894.42 | 0.00 | |
| | | | **Subtotal** | | 15,919.45 | 25.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,919.45** | **$25.03** | |

{} Asset reference(s)    Printed: 12/07/2010 02:52 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06-13827-BWB  
**Case Name:** WIZOREK, BETTY  

**Taxpayer ID #:** **-***4606  
**Period Ending:** 12/07/10  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****64-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 06-13827-BWB
**Case Name:** WIZOREK, BETTY

**Taxpayer ID #:** **-***4606
**Period Ending:** 12/07/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******64-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6465 | Wire in from JPMorgan Chase Bank, N.A. account ********6465 | 9999-000 | 15,894.42 | | 15,894.42 |
| 04/21/10 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 500.00 | | 16,394.42 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.24 | | 16,394.66 |
| 05/21/10 | {7} | BETTY WIZOREK | SETTLEMENT PAYMENT | 1249-000 | 624.00 | | 17,018.66 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,019.36 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,020.06 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.73 | | 17,020.79 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.71 | | 17,021.50 |
| 09/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 17,021.58 |
| 09/20/10 | | To Account #9200******6466 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 17,021.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,021.58 | 17,021.58 | $0.00 |
| | | | Less: Bank Transfers | | 15,894.42 | 17,021.58 | |
| | | | **Subtotal** | | 1,127.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,127.16** | **$0.00** | |

{} Asset reference(s)                                                                                      Printed: 12/07/2010 02:52 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 06-13827-BWB  
**Case Name:** WIZOREK, BETTY  
**Taxpayer ID #:** **-***4606  
**Period Ending:** 12/07/10

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******64-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/20/10 | | From Account #9200******6465 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 17,021.58 | | 17,021.58 |
| 09/20/10 | 10101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,454.44, Trustee Compensation;  Reference: | 2100-000 | | 2,454.44 | 14,567.14 |
| 09/20/10 | 10102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $100.00, Trustee Expenses;  Reference: | 2200-000 | | 100.00 | 14,467.14 |
| 09/20/10 | 10103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $2,890.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,890.00 | 11,577.14 |
| 09/20/10 | 10104 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $33.73, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 33.73 | 11,543.41 |
| 09/20/10 | 10105 | Discover Bank/Discover Financial Services | Dividend paid  59.20% on $13,292.87; Claim# 1; Filed: $13,292.87; Reference: | 7100-000 | | 7,870.14 | 3,673.27 |
| 09/20/10 | 10106 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA | Dividend paid  59.20% on $593.08; Claim# 2; Filed: $593.08; Reference: | 7100-000 | | 351.14 | 3,322.13 |
| 09/20/10 | 10107 | Southeastern Asset Recovery Services | Dividend paid  59.20% on $2,776.46; Claim# 4; Filed: $2,776.46; Reference: | 7100-000 | | 1,643.82 | 1,678.31 |
| 09/20/10 | 10108 | Chase Bank USA, N.A. | Dividend paid  59.20% on $2,834.72; Claim# 5; Filed: $2,834.72; Reference: | 7100-000 | | 1,678.31 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 17,021.58 | 17,021.58 | $0.00 |
| Less: Bank Transfers | | 17,021.58 | 0.00 | |
| **Subtotal** | | 0.00 | 17,021.58 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$17,021.58** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****64-65** | 15,919.45 | 25.03 | 0.00 |
| **Checking # ***-*****64-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******64-65** | 1,127.16 | 0.00 | 0.00 |
| **Checking # 9200-******64-66** | 0.00 | 17,021.58 | 0.00 |
| | **$17,046.61** | **$17,046.61** | **$0.00** |

{} Asset reference(s)

Printed: 12/07/2010 02:52 PM    V.12.54